

# In the Missouri Court of Appeals
# Eastern District

MAY 12, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101216    KEVIN P. WILSON, APP V STATE OF MO, RES

2.      ED101292 ROBERT D. LOUIS, APP V STATE OF MISSOURI, RES

3.      ED101295 RODNEY DONELSON, APP V STATE OF MISSOURI, RES

4.      ED101387 STATE OF MISSOURI, RES V JERRY LEWIS BEATTY, APP

5.      ED101429 KENNETH FULTON, APP V STATE OF MISSOURI, RES

6.      ED101512 JASON ROBERTS, APP V STATE OF MISSOURI, RES

7.      ED101729 LAVARIS ROGERS V. STATE OF MISSOURI

8.      ED101766 MICHELLE WHITE, APP V STATE OF MISSOURI, RES

9.      ED101786 ISAAC ST. CLAIR, APP V CARPET WEAVERS ETAL, RES

10.     ED101808 MICHAEL R. FLOYD, APP V STATE OF MISSOURI, RES

11.     ED101844    TREVOR K. SALLER, APP V STATE OF MISSOURI, RES

12.     ED102029 MICHAEL TRACY APP V GLAZERS WHOLESALE DRUG CO RES

13.     ED102044 FREDERICK SPENCER, APP V JENNIFER JOYCE ET AL, RES